

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-17-00542-CR

Style:      Michael Deion Trammell v. The State of Texas

Date motion filed*:      July 3, 2017

Type of motion:      Motion to Withdraw and Substitute Counsel

Party filing motion:      Appellant's Appointed Counsel Shannon Hooks and new counsel

Christopher M. Perri

Document to be filed:      N/A

Is appeal accelerated?      No.

Ordered that motion is:
     ☑ Granted
     ☐ Denied
     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
     ☑ Other: _____

Appellant's appointed counsel's motion to withdraw and substitute counsel is **granted** because it was signed by both withdrawing and new counsel and complies with Rule 6.5(d). *See* TEX. R. APP. P. 6.3(c), 6.5(b), (d). Accordingly, the Clerk of this Court is **directed** to remove Shannon Hooks as attorney for appellant and to add Christopher M. Perri as lead counsel for appellant.

Judge's signature: /s/ Evelyn V. Keyes
                  ☑ Acting individually      ☐ Acting for the Court

Date: July 25, 2017